In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00051-CV
_____

JIMMY RELAFORD AND DONICE RELAFORD, Appellants

V.

THE LACAZE FAMILY TRUST, Appellee

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 134776**

_____

**MEMORANDUM OPINION**

The trial court signed a final judgment on February 10, 2020. Appellants filed a notice of appeal but failed to file a brief. On August 17, 2020, we notified the parties that the reporter's record had not been filed because the reporter's fee had not been paid and that the appeal would be submitted on the clerk's record alone unless payment arrangements were made with the court reporter or a motion explaining the need for additional time to file the record were filed. On September 18, 2020, we notified the parties that the Court had received a notice from the court

1

reporter that, due to Appellants' failure to pay for the record, no reporter's record had been filed, and we informed the parties that the case was submitted on the clerk's record alone and Appellants' brief was due on or before October 19, 2020.

On September 22, 2020, the reporter's record was filed, and on October 21, 2020, we notified the parties that Appellants' motion for extension of time to file their brief was granted and Appellants' brief was due on November 23, 2020. On November 24, 2020, we notified the parties that the Appellants' brief was past due and warned that the cause would be submitted to the Court on the record alone on December 4, 2020 and without briefs, which could result in dismissal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). Appellants have not filed a brief.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 27, 2021
Opinion Delivered February 4, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

2